K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>VALERO CALIFORNIA RETAIL COMPANY dba VALERO CORNER STORE,<br><br>    Defendant. | No. 1:11-CV-01972-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Valerio California Retail Company, Inc. dba Valero Corner Store (erroneously sued herein as Valero California Retail Company dba Valero Corner Store) ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 25, 2012                                              MOORE LAW FIRM, P.C.


                                                                 /s/Tanya E. Moore
                                                                 Tanya E. Moore
                                                                 Attorney for Plaintiff Ronald Moore

*Moore v. Valero California Retail Company, et al.*
Stipulation for Dismissal of Action; Order

Page 1

Date: July 20, 2012                                         KEESAL, YOUNG & LOGAN

                                                            /s/ Garrett R. Wynne
                                                            Garrett R. Wynne
                                                            Attorneys for Defendant
                                                            Valero California Retail Company, Inc.
                                                            dba Valero Corner Store (erroneously
                                                            sued herein as Valero California Retail
                                                            Company dba Valero Corner Store)

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 25, 2012**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

*Moore v. Valero California Retail Company, et al.*
Stipulation for Dismissal of Action; Order