1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VALERO CALIFORNIA RETAIL COMPANY dba VALERO CORNER STORE,<br><br>　　　　Defendant. | No.  1:11-CV-01972-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Valerio California Retail Company, Inc. dba Valero Corner Store (erroneously sued herein as Valero California Retail Company dba Valero Corner Store) ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 25, 2012                                                MOORE LAW FIRM, P.C.


                                                                   /s/Tanya E. Moore
                                                                   Tanya E. Moore
                                                                   Attorney for Plaintiff Ronald Moore

*Moore v. Valero California Retail Company, et al.*
Stipulation for Dismissal of Action; Order

Page 1

Date: July 20, 2012                                                  KEESAL, YOUNG & LOGAN

/s/ Garrett R. Wynne  
Garrett R. Wynne  
Attorneys for Defendant  
Valero California Retail Company, Inc.  
dba Valero Corner Store (erroneously  
sued herein as Valero California Retail  
Company dba Valero Corner Store)

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 25, 2012**                                       **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

*Moore v. Valero California Retail Company, et al.*
Stipulation for Dismissal of Action; Order